**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BETH MCKELVIE,** | : | |
| **Plaintiff** | : | **No. 1:24-cv-01807** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **CEDAR CREST SQUARE** | : | |
| **ASSOCIATES, LP and CCS** | : | |
| **HOLDING CORP,** | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 5th day of November 2026, upon consideration of the docket in the above-captioned action, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1), and all claims asserted therein against Defendants, **IS DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b); and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania